FILED
April 6, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____SAJ_____
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v<br><br>COLEMAN THOMAS BLEVINS<br><br>Defendant | Case No: SA-22-CR-00169-JKP<br><br><br>**INDICTMENT**<br><br>**COUNTS 1 - 3:** 18 U.S.C. 922(g)(1); Felon in Possession of a Firearm |

THE GRAND JURY CHARGES:

**COUNT ONE**
**[18 U.S.C. § 922(g)(1)]**

That on or about December 27, 2020, in the Western District of Texas, Defendant, **COLEMAN THOMAS BLEVINS**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a C.A.I, Model M44, 7.62x54R caliber rifle bearing serial M44060570, said firearm having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT TWO**
**[18 U.S.C. § 922(g)(1)]**

That on or about May 27, 2021, in the Western District of Texas, Defendant, **COLEMAN THOMAS BLEVINS**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a Chiappa Model Pak-9, 9mm pistol luger caliber pistol bearing serial number RON2025630, said firearm

having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE
## [18 U.S.C. § 922(g)(1)]

That on or about May 28, 2021, in the Western District of Texas, Defendant, **COLEMAN THOMAS BLEVINS**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess at least one round of ammunition, to-wit: approximately 370 rounds of .223 caliber ammunition, 59 rounds of 5.56 ammunition, and 127 rounds of 9mm ammunition, said ammunition having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

███████████████████

FOREPERSON OF THE GRAND JURY

ASHLEY C. HOFF
UNITED STATES ATTORNEY

BY: _____
FOR ERIC FUCHS
ASSISTANT UNITED STATES ATTORNEY